(104 So. 871)

## PATTERSON v. LONGVIEW GIN CO.
(8 Div. 232.)

(Court of Appeals of Alabama. June 30, 1925.)

**Appeal and error ⚖⇒1010(1)—When finding of trial court has effect of verdict of jury stated.**

A finding of the trial court without a jury has the effect of the verdict of a jury, when his conclusion finds support in the record, is not contrary to the great weight of the evidence, and is not plainly erroneous or manifestly wrong.

Appeal from Circuit Court, Madison County; James E. Horton, Jr., Judge.

Action between Ellie Patterson and the Longview Gin Company. From an adverse judgment, Ellie Patterson appeals. Affirmed.

R. E. Smith, of Huntsville, for appellant.
S. H. Richardson and C. V. Hendley, both of Huntsville, for appellee.

BRICKEN, P. J. This case was tried in the court below without a jury. A discussion of the evidence and inferences to be drawn therefrom would serve no useful purpose. It is sufficient to say that the conclusion of the trial judge finds support in the record, and in our opinion is not contrary to the great weight of the evidence, and is not plainly erroneous or manifestly wrong. Such being the case, the finding of the trial court has the effect of a verdict of a jury. Halle v. Brooks, 209 Ala. 486, 96 So. 341.

The judgment appealed from is accordingly affirmed.

Affirmed.